Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Ave., No. 429
Oakland, CA  94610
(510) 452-3126

Attorney for Terrell Love, P72631
Folsom State Prison
P.O. Box 715071
Represa, CA  95671

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL LOVE,<br><br>      Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>      Respondent. | No. 12-06068 JSW<br><br>**REQUEST FOR PERMISSION TO FILE SUPPLEMENTAL PLEADING (Fed. Rules Civ. Proc., Rule 15(d))**<br> AND ORDER THEREON |

Petitioner in the above-titled action, through his counsel, and pursuant to Federal Rules of Civil Procedure, Rule 15(d), hereby requests permission to file a supplemental pleading to the petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. section 2254, on November 30, 2012.

Claim **E** in paragraph **V** of the petition for writ of habeas corpus filed on November 30, 2012 was subject to a request for stay and abeyance, pending

1

1  disposition of that identical claim in a state habeas petition to be filed expeditiously.  A
2  state petition raising the identical claim was filed in the California Suporeme Court as
3  case number S207493 on December 20, 2012.  It was denied on February 13, 2013,
4  thereby rendering the request for stay and abeyance moot, and necessitating an
5  amendment to the original federal pleading filed in this case.

Dated:  March 5, 2013

                                    Respectfully submitted,


                                    /s/ Mark D. Greenberg
                                    Attorney for Petitioner



                                    Dated:  March 7, 2013

2