Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Ave., No. 429
Oakland, CA 94610
(510) 452-3126

Attorney for Terrell Love, P72631
Folsom State Prison
P.O. Box 715071
Represa, CA 95671

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL LOVE,<br><br>       Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>       Respondent. | No. 12-06068 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING RELIEF FROM DEFAULT AND FOR PERMISSION TO FILE A TRAVERSE WITHIN FIFTEEN DAYS |

In response to request by Petitioner, IT IS HEREBY ORDERED, that relief from default for failure to file a traverse in the above-titled action be granted, and that Petitioner file a ^memorandum of points and authorities traverse in this case within fifteen (15) days from the date of this order.

Dated: September 16, 2014          /s/ Jeffrey S. White

1